IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIEN HWA KATHERINE TRELENBERG | : : : | CIVIL ACTION NO. 12-3603 |
| v. | : : | |
| 21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC. | : : | |

**ORDER**

AND NOW, this 30th day of July, 2013, upon consideration of the motion to dismiss plaintiff Shien Hwa Katherine Trelenberg's first amended complaint filed by defendant 21st Century Insurance and Financial Services, Inc. (Dkt. No. 25) and plaintiff's response in opposition thereto (Dkt. No. 26), and consistent with the accompanying memorandum if law, it is ORDERED that:

1. Defendant's motion is GRANTED to the extent that it seeks to dismiss Counts I and III of plaintiff's amended complaint. Counts I and III of plaintiff's amended complaint are DISMISSED;

2. Defendant's motion to dismiss Counts II and IV of plaintiff's amended complaint is DENIED.

Plaintiff is permitted to file an amended complaint alleging facts sufficient to support her dismissed claims on or before August 19, 2013.

It is FURTHER ORDERED that this case is referred to Magistrate Judge David R. Strawbridge for all pretrial proceedings.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.