THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIEN HWA KATHERINE TRELENBERG | : : : : : : : : | CIVIL ACTION NO. 12-3603 |
| v. | | |
| 21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC. | | |

## **ORDER**

AND NOW, this 24th day of April, 2014 it is ORDERED that defendant 21st Century Insurance and Financial Services Inc.'s motion to dismiss plaintiff Shien Hwa Katherine Trelenberg's amended complaint is GRANTED.  Counts I and II of plaintiff's second amended complaint are DISMISSED.

On or before May 19, 2014, defendant 21st Century Insurance shall file an answer to Count III of plaintiff's second amended complaint.  Also on or before May 19, 2014, plaintiff and defendant shall agree upon a discovery schedule and submit same to the Court for approval.

    /s/ Thomas N. O'Neill Jr.
THOMAS N. O'NEILL, JR., J.